# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Thomas Giarrizzo, Jr., | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:13-0692 |
| v. | : | (JUDGE MANNION) |
| Mount Air Casino & Resort, | : | |
| Defendant | : | |
| | : | |

## ORDER

For the reasons discussed in the memorandum issued this same day,

**IT IS HEREBY ORDERED THAT** the defendant's motion to dismiss, (Doc. No. 13), is **DENIED**.

                                             s/ *Malachy E. Mannion*
                                             **MALACHY E. MANNION**
                                             **United States District Judge**

**DATED: October 31, 2013**
O:\Mannion\shared\MEMORANDA - DJ\2013 MEMORANDA\13-0692-01-ORDER.wpd